**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DONALD C. PETRA, | : | No. 194 MAL 2019 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 505 MDA 2018 entered on January |
| | : | 16, 2019, **affirming** the Order of the |
| PENNSYLVANIA NATIONAL MUTUAL | : | Franklin/Fulton County Court of |
| CASUALTY INSURANCE COMPANY, | : | Common Pleas at No. 2016-02932 |
| | : | entered on March 13, 2018 |
| Respondent | : | |

## ORDER

**PER CURIAM**                                                  DECIDED:  September 4, 2019

**AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal

is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED**

for reconsideration in light of *Gallagher v Geico Indem*. Co., 201 A.3d 131 (Pa. 2019).